```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION


REEDER-SIMCO GMC, INC.                              PLAINTIFF

     V.                          Civil No. 00-2031

VOLVO GM HEAVY TRUCK CORPORATION
n/k/a VOLVO TRUCKS NORTH AMERICA, INC.              DEFENDANTS
```

## AMENDED JUDGMENT

For the reasons set forth in the memorandum opinion filed concurrently herewith, and in accordance with the United States Supreme Court's decision[1], the Court finds that the original judgment entered on March 1, 2002, is amended as follows:

IT IS HEREBY ADJUDGED AND DECREED that the plaintiff is awarded damages in the amount of $513,750.00 for its claim under the Arkansas Franchise Practices Act.

IT IS FURTHER ADJUDGED AND DECREED Plaintiff's price discrimination claim brought pursuant to the Robinson-Patman Act is DISMISSED WITH PREJUDICE.

IT IS FURTHER ADJUDGED AND DECREED that, as the prevailing party, the plaintiff is awarded attorneys' fees and costs in the amounts of $128,321.25 and $25,175.42, respectively, with a credit to Defendant in the amount of $15,428.35.

---

[1] *See Volvo Trucks North America, Inc. v. Reeder-Simco GMC, Inc*., 126 S.Ct. 860, 163 L.Ed.2d 663 (2006).

AO72A
(Rev. 8/82)

The entire Amended Judgment shall bear interest at the rate of 4.98% per annum from the date of entry of this order until paid.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
United States District Judge

AO72A
(Rev. 8/82)